In the Matter of the Estate of CHARLES T. HOMEWOOD, Deceased. EMMA W. EGGERT et al., Appellants; FRANK P. WOLFE, Respondent.

Argued November 15, 1943; decided January 6, 1944.

*Harry M. Young* and *Frank J. Militello* for appellants.
*Gerald G. Gibbs* and *Anthony J. Rizzo* for respondent.

Appeal dismissed, without costs on the ground that the order does not finally determine the proceeding, within the meaning of the Constitution. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.